# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMIREZ, GUADALUPE | § | Case No. 10-39329 |
| RAMIREZ, MARIA E | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2010 . The undersigned trustee was appointed on 08/31/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 30,002.65 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 648.09 |
| Bank service fees | | 1,299.99 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,054.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/05/2011 and the deadline for filing governmental claims was 04/05/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.27 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.27 , for a total compensation of $ 3,750.27 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 72.23 , for total expenses of $ 72.23 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2017               By: /s/R. SCOTT ALSTERDA
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-39329 | JPC | Judge: JACQUELINE P. COX | |
| Case Name: | RAMIREZ, GUADALUPE | | | |
| | RAMIREZ, MARIA E | | | |
| For Period Ending: | 12/14/17 | | | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 08/31/10 (f) |
| 341(a) Meeting Date: | 10/28/10 |
| Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bar owned by GMR entertainment located at 6218 22n | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2 flat located at 3719 W Irving Park Rd. Chicago,I | 250,000.00 | 30,000.00 | | 30,000.00 | FA |
| 3. US BANK CHECKING ACCT. ACCT #: 1-545-2662-8214 END | 259.86 | 0.00 | | 0.00 | FA |
| 4. CITBANK CHECKING ACCT. ACCT #: 212760707 ENDING BA | 0.01 | 0.00 | | 0.00 | FA |
| 5. PARK NATIONAL BANK CHECKING ACCT. ACCT #: 55826628 | 278.69 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA CHECKING ACCT. ACCT #: 0044-0261-7 | 273.39 | 0.00 | | 0.00 | FA |
| 7. PEARSON RETIREMENT PLAN 401K ENDING BALANCE: 3,159 | 3,159.10 | 0.00 | | 0.00 | FA |
| 8. JP Morgan Chase 401K ENDING BALANCE: 2,173.75 | 2,173.75 | 0.00 | | 0.00 | FA |
| 9. 100% ownership of GMR Entertainment LLC. LLC's onl | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. 2008 Honda Accord Miles 28K Average Trade-In $16,3 | 16,300.00 | 0.00 | | 0.00 | FA |
| 11. 2001 Toyota Taundra Miles: 275,000 Average Trade-I | 8,525.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.65 | FA |
| TOTALS (Excluding Unknown Values) | $480,969.80 | $30,000.00 | | $30,002.65 | Gross Value of Remaining Assets $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-39329 JPC Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | Date Filed (f) or Converted (c): | 08/31/10 (f) |
| | RAMIREZ, MARIA E | 341(a) Meeting Date: | 10/28/10 |
| | | Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee had a court approved installment agreement with the Debtors to purchase the estate's interest in some real
estate, however after several payments, the Debtors were unable to continue to make payments and their attorney's law
license was suspended. The Trustee has been seeking additional payments from the Debtors, The Trustee negotiated a
court-approved compromise of the balance due and the Trustee received the check for the remaining compromised balance on
the sale of the real estate.

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 11/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818 Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 19,713.72 | | 19,713.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.15 | 19,701.57 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.55 | 19,689.02 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.14 | 19,676.88 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 19,664.34 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,635.11 |
| 03/07/13 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | 15.68 | 19,619.43 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.37 | 19,593.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.14 | 19,563.92 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.15 | 19,535.77 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 19,506.73 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.07 | 19,478.66 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.96 | 19,449.70 |

Page Subtotals 19,713.72 264.02

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-39329 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | Account Number / CD #: | *******9818  Checking Account |
| Taxpayer ID No: | *******3685 | | |
| For Period Ending: | 12/14/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.92 | 19,420.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.95 | 19,392.83 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.83 | 19,364.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.86 | 19,336.14 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.75 | 19,307.39 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.71 | 19,278.68 |
| 02/10/14 | 030002 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 15.63 | 19,263.05 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.88 | 19,237.17 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.60 | 19,208.57 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.64 | 19,180.93 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.52 | 19,152.41 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.55 | 19,124.86 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.43 | 19,096.43 |

Page Subtotals        0.00        353.27

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818 Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.39 | 19,068.04 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.44 | 19,040.60 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.31 | 19,012.29 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.35 | 18,984.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.22 | 18,956.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.18 | 18,928.54 |
| 02/20/15 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 10.61 | 18,917.93 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.42 | 18,892.51 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.10 | 18,864.41 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 18,837.27 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.01 | 18,809.26 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 18,782.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.92 | 18,754.28 |

Page Subtotals  0.00  342.15

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818 Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 18,726.40 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.94 | 18,699.46 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.80 | 18,671.66 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.86 | 18,644.80 |
| 02/12/16 | 030004 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 11.46 | 18,633.34 |
| 02/10/17 | 030005 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 6.77 | 18,626.57 |
| 11/02/17 | 2 | Gross and Lazzara<br>IOLTA<br>7550 W. Belmont Avenue<br>Chicago, IL 60634-3218 | Sale Proceeds [Dkt 63] | 1110-000 | 10,000.00 | | 28,626.57 |
| 11/28/17 | 030006 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 35-6893685 2017 IL-1041-V | 2820-000 | | 286.00 | 28,340.57 |
| 11/28/17 | 030007 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | 36-7708159 2017 IL-1041-V | 2820-000 | | 286.00 | 28,054.57 |

Page Subtotals       10,000.00       699.71

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| | |
|---|---|
| Case No: | 10-39329 -JPC |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| Taxpayer ID No: | *******3685 |
| For Period Ending: | 12/14/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9818  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 29,713.72 | 1,659.15 | 28,054.57 |
| Less:  Bank Transfers/CD's | 19,713.72 | 0.00 | |
| Subtotal | 10,000.00 | 1,659.15 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 1,659.15 | |

Page Subtotals     0.00     0.00

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9177 BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/11 | 2 | Maria E. Ramirez<br>3719 W. Irving Park Rd.<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 4,000.00 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,000.01 |
| 03/28/11 | 2 | Maria E. Ramirez<br>3719 W. Irving Park Rd.<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 8,000.01 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 8,000.05 |
| 04/27/11 | 2 | Maria E. Ramirez<br>3719 W. Irving Park Road<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 12,000.05 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 12,000.11 |
| 05/27/11 | 2 | Maria E. Ramirez<br>3719 W. Irving Park Road<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 16,000.11 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 16,000.21 |
| 06/24/11 | 2 | Maria E. Ramirez<br>3719 W. Irving Park Road<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 20,000.21 |

Page Subtotals 20,000.21 0.00

FORM 2

Page: 7

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 20,000.34 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.51 |
| * 08/02/11 | | Maria E. Ramirez<br>3719 W. Irving Park Rd.<br>Chicago, IL 60618 | Real Estate Equity Interest | 1110-003 | 4,000.00 | | 24,000.51 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 24,000.68 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 24,000.84 |
| * 10/06/11 | | Maria E. Ramirez<br>3719 W. Irving Park Rd.<br>Chicago, IL 60618 | Real Estate Equity Interest<br>Debtor stopped payment | 1110-003 | -4,000.00 | | 20,000.84 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,001.01 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.48 | 19,975.53 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,975.69 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.63 | 19,951.06 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,951.22 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.60 | 19,926.62 |

Page Subtotals       1.12       74.71

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,926.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.13 | 19,900.66 |
| 02/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,900.82 |
| 02/29/12 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 15.94 | 19,884.88 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.65 | 19,861.23 |
| 03/30/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,861.39 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.42 | 19,836.97 |
| 04/30/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 19,837.14 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.20 | 19,811.94 |
| 05/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,812.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.17 | 19,786.94 |
| 06/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,787.10 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.52 | 19,763.58 |
| 07/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,763.75 |

Page Subtotals     1.16     164.03

FORM 2

Page: 9
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.92 | 19,737.83 |
| 08/31/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 19,737.99 |
| 08/31/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 24.27 | 19,713.72 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 19,713.72 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 20,002.65 | 20,002.65 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 19,713.72 | |
| Subtotal | 20,002.65 | 288.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,002.65 | 288.93 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9818 | 10,000.00 | 1,659.15 | 28,054.57 |
| BofA - Money Market Account - ********9177 | 20,002.65 | 288.93 | 0.00 |
| | 30,002.65 | 1,948.08 | 28,054.57 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.16    19,763.91

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*         Ver: 20.00e

LFORM24

Page: 10

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-39329 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 12/14/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:   /s/   R. SCOTT ALSTERDA   Date: 12/14/17
R. SCOTT ALSTERDA

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 14, 2017 |

Case Number: 10-39329  
Debtor Name: RAMIREZ, GUADALUPE

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $3,750.27 | $0.00 | $3,750.27 |
| 000<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $72.23 | $0.00 | $72.23 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | Filed 02/29/12 | $54.02 | $54.02 | $0.00 |
| BOND 999<br>2300-00 | Arthur B Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | Filed 02/20/15 | $22.07 | $22.07 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62726-9053 | Administrative | 35-6893685 2017 IL-1041-V (Guadalupe) | $286.00 | $286.00 | $0.00 |
| 999<br>2820-00 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, IL 62726-9053 | Administrative | 35-7708159 2017 IL-1041-V (Maria) | $286.00 | $286.00 | $0.00 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $8,713.00 | $0.00 | $8,713.00 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $722.08 | $0.00 | $722.08 |
| 001<br>3410-00 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Administrative | | $1,402.50 | $0.00 | $1,402.50 |
| 000006<br>050<br>4210-00 | American Honda Finance Corporation<br>PO Box 168088<br>Irving, TX 75016 | Secured | Filed 04/19/11<br>(6-1) Retail Installment Finance Agreement. Creditor requests 7.59% interest<br>(6-1) Modified to correct creditors address on 4/21/11 (ar) | $12,719.11 | $0.00 | $12,719.11 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 14, 2017 |

Case Number: 10-39329
Debtor Name: RAMIREZ, GUADALUPE

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000005A 040 5800-00 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | Priority | Filed 02/24/11 (5-1) Modified to correct creditors address on 2/25/11 (ar) Claim Amended 12-13-17 to $0.00 | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 01/06/11 | $15,726.73 | $0.00 | $15,726.73 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 01/15/11 | $7,963.13 | $0.00 | $7,963.13 |
| 000003 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 02/17/11 (3-1) CREDIT CARD DEBT | $30,995.75 | $0.00 | $30,995.75 |
| 000004 070 7100-00 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley ave. Wilkes-Barre, PA 18706 | Unsecured | Filed 02/23/11 Listed on Schedule F as Chela | $20,092.37 | $0.00 | $20,092.37 |
| 000005B 080 7300-00 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | Unsecured | Filed 02/24/11 (5-1) Modified to correct creditors address on 2/25/11 (ar) Claim Amended 12-13-17 to $0.00 | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $102,805.26 | $648.09 | $102,157.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-39329
Case Name: RAMIREZ, GUADALUPE
   RAMIREZ, MARIA E
Trustee Name: R. SCOTT ALSTERDA

| | Balance on hand | $ | 28,054.57 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | American Honda Finance Corporation | $ 12,719.11 | $ 12,719.11 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 28,054.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 3,750.27 | $ 0.00 | $ 3,750.27 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 72.23 | $ 0.00 | $ 72.23 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 8,713.00 | $ 0.00 | $ 8,713.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 722.08 | $ 0.00 | $ 722.08 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 1,402.50 | $ 0.00 | $ 1,402.50 |
| Other: Arthur B Levine Company | $ 22.07 | $ 22.07 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 54.02 | $ 54.02 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 286.00 | $ 286.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 286.00 | $ 286.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,660.08 |
| Remaining Balance | $ | 13,394.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Department of Treasury | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 13,394.49 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,777.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,726.73 | $ 0.00 | $ 2,817.03 |
| 000002 | Chase Bank USA, N.A. | $ 7,963.13 | $ 0.00 | $ 1,426.38 |
| 000003 | American Express Centurion Bank | $ 30,995.75 | $ 0.00 | $ 5,552.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Sallie Mae | $ 20,092.37 | $ 0.00 | $ 3,599.01 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,394.49 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE