**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 10-39329 |
| Guadalupe Ramirez and Maria E. Ramirez, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

**COVER APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: __R. Scott Alsterda, Chapter 7 Trustee__

Authorized to Provide Professional Services to: __R. Scott Alsterda, Chapter 7 Trustte__

Date of Order Authorizing Employment: __August 31, 2010__

Period for Which Compensation is Sought:
From __August 31__, 2010    through __November 17, 2017__

Amount of Fees Sought: __$3,750.27__

Amount of Expense Reimbursement Sought: __$72.23__

This is an:    Interim Application _____    Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to al prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: December 7, 2017    __R. Scott Alsterda, Chapter 7 Trustee__
(Counsel)

4833-9118-7030v.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                     )
                                                           )          Chapter 7
Guadalupe Ramirez and Maria E. Ramirez,                    )
                                                           )          Case No.  10-39329
         Debtors.                                          )
                                                                      Honorable Jacqueline P. Cox

### TRUSTEE'S FIRST AND FINAL APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW COMES R. Scott Alsterda, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance of $3,750.27 as compensation and $72.23 for expenses, no amount of which has previously been paid.

**I.    COMPUTATION OF COMPENSATION**

The Trustee performed at least 17.00 hours of services on behalf of the estate for the period from August 31, 2010 through November 17, 2017 with a value of $7,650.00, exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Fee Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the time spent by the Trustee in this case exceeds the fee amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from August 31, 2017 through November 17, 2017 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtors, but including holders of secured claims are $30,002.65. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

1

4833-9118-7030.1

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | 2,500.27 | ($4.500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | $3,750.27 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: December 7, 2017                           Respectfully Submitted

                                                  R. SCOTT ALSTERDA, TRUSTEE

                                                  /s/ R. Scott Alsterda

R. Scott Alsterda
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
312-977-9203
rsalsterda@nixonpeabody.com

4833-9118-7030.1