UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-39329 |
| GUADALUPE AND MARIA E. RAMIREZ, | ) Chapter 7 |
| | ) Honorable Jacqueline P. Cox |
| | ) |
| Debtors. | ) |

## **CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that on January 25, 2018, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **Kathryn Gleason** | | **Patrick S Layng** |
| Office of the U. S. Trustee, Region 11 | | Office of the U.S. Trustee, Region 11 |
| 219 S Dearborn, Room 873 | | 219 S Dearborn St, Room 873 |
| Chicago, IL 60604 | representing | Chicago, IL 60604 |
| 312-886-3327 | | 312-886-5785 |
| USTPRegion11.es.ecf@usdoj.gov | | USTPRegion11.ES.ECF@usdoj.gov |
| | | *(U.S. Trustee)* |

| | | |
|---|---|---|
| **R Scott Alsterda** | | **R Scott Alsterda** |
| Nixon Peabody LLP | | Nixon Peabody LLP |
| 70 West Madison, Suite 3500 | | 70 West Madison, Suite 3500 |
| Chicago, IL 60602 | representing | Chicago, IL 60602 |
| 312-977-9203 | | 312-977-9203 |
| 312-977-4405 (fax) | | 312-977-4405 (fax) |
| rsalsterda@nixonpeabody.com | | rsalsterda@nixonpeabody.com |
| | | *(Trustee)* |

| | | |
|---|---|---|
| **Jay F Fortier**<br>The Law Office of Jay F Fortier PC<br>1515 N Harlem Ave., Suite 307<br>Oak Park, IL 60302<br>773-237-0000<br>773-237-0010 (fax)<br>jfortier@fortierlawfirm.com | representing | **Guadalupe Ramirez**<br>**Maria E. Ramirez**<br>3719 W. Irving Park Rd<br>Chicago, IL 60618<br>*(Debtors)* |
| **Heather M Giannino**<br>Heavner, Scott, Beyers & Mihlar, LLC<br>111 East Main Street, Suite 200<br>Decatur, IL 62523<br>217-422-1719 Ext. 4593<br>bankruptcy@hsbattys.com | representing | **Bayview Loan Servicing, LLC**<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, FL 33146<br>*(Creditor)* |
| **Dana N O'Brien**<br>Pierce & Associates P.C.<br>1 N. Dearborn Street, Suite 1300<br>Chicago, IL 60602<br>312 346-9088 Ext. 5188<br>312 346-1961 (fax)<br>dobrien@atty-pierce.com | representing | **BAC Home Loans Servicing, L.P.**<br>2270 Lakeside Blvd.<br>Third Floor<br>Richardson, TX 75082<br>*(Creditor)* |
| **Stanley W Papuga**<br>Kropik, Papuga & Shaw<br>120 South LaSalle Street<br>Chicago, IL 60603<br>312 236-6405 Ext. 113<br>312 236-8060 (fax)<br>spapuga@kropik.net | representing | **American Honda Finance Corporation**<br>Kropik, Papuga and Shaw<br>120 South LaSalle suite 1500<br>Chicago, IL 60603<br>*(Creditor)* |

and I hereby further certify that on January 25, 2018, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| **Loreto Vito Lazzara**<br>7550 W. Belmont<br>Chicago, IL 60634 | **American Express Centurion Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| **Guadalupe Ramirez**<br>3719 W. Irving Park Rd<br>Chicago, IL 60618 | **American General Finan**<br>4284 S Archer Ave<br>Chicago, IL 60632 |

2

4820-9393-5704.1

**Maria E. Ramirez**
3719 W. Irving Park Rd
Chicago, IL 60618

**American Express**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

**American Honda Finance Corporation**
PO Box 168088
Irving, TX 75016

**American Honda Financial Services**
PO Box 60001
City of Industry, CA 91716

**Amex**
c/o Beckett & Lee
PO Box 3001
Malvern, PA 19355

**Asset Management Out**
6737 W Washington
West Allis, WI 53214

**Bac Home Loans Service**
450 American Street
Simi Valley, CA 93065

**Ballys**
8700 West Bryn Mawr
Chicago, IL 60631

**Bayview Financial Loan**
2601 S Bayshore Dr., 4th Floor
Miami, FL 33133

**Bayview Financial Loan**
4425 Ponce de Leon Blvd.
Coral Gables, FL 33146

**American Honda Finance**
Attn: Bankruptcy
3625 West Royal Lane, Suite 200
Irving, TX 75063

**Chela**
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773

**Citi Corp Credit Services**
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

**Citibank NA**
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

**Citibank USA**
Attn.: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

**Department of Treasury**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**Discover Bank**
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

**Discover Finance**
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054

**Discover Finance Services LLC**
PO Box 15316
Wilmington, DE 19850

**First USA Bank N A**
3565 Piedmont Rd Ne
Atlanta, GA 30305

3

4820-9393-5704.1

**Chase**
PO Box 15298
Wilmington, DE 19850

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Chase Manhattan**
Attn: Bankruptcy Research Dept.
3415 Vision Dr.
Columbus, OH 43219

**Chase Manhattan Mortgage**
3415 Vision Dr.
Columbus, OH 43219

**Hemlock Fede**
5700 West 159th Street
Oak Forest, IL 60452

**Hsbc Bank**
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197

**Hsbc Best Buy**
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197

**Kohls**
Attn: Recovery Dept.
PO Box 3120
Milwaukee, WI 53201

**LaSalle Nt Bk**
Attn: Bankruptcy
5501 S Kedzie Ave
Chicago, IL 60621

**Metro. Bank**
2201 W. Cermak Rd.
Chicago, IL 60608

**Prsm/cbsd**
PO Box 6497
Sioux Falls, SD 57117

**GE Money Bank (Sams Club)**
c/o Recovery Management Systems Corp
25 S.E. 2nd Avenue Suite 1120
Miami FL 33131

**Sears/cbsd**
PO Box 6189
Sioux Falls, SD 57117

**Security Credit Service**
2653 West Oxford Loop, Suite 108
Oxfords, MS 38655

**St Frm Bk**
425 Phillip Blvd
Ewing, NJ 08628

**State Farm Bank Fsb**
1 State Farm Place-D3
Bloomington, IL 61710

**Student Loan Mkt Assn**
Attn: Claims Dept.
PO Box 9400
Wilkes-Barre, PA 18773

**Torres Credit Srv**
27 F
Carlisle, PA 17013

**Unvl/citi**
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

**Verizon**
Attn: Bankruptcy
PO Box 3397
Bloomington, IL 61702

**Wells Fargo Hm Mortgage**
8480 Stagecoach Cir
Frederick, MD 21701

**Wf Fin Bank**
Wells Fargo Financial
4137 121st St
Urbandale, IA 50323

4

| | |
|---|---|
| **Rnb-fields3**<br>PO Box 9475<br>Minneapolis, MN 55440 | **Wfnnb/new York & Compa**<br>220 W Schrock Rd<br>Westerville, OH 43081 |
| **Sallie mae**<br>c/o Sallie mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | **Wfnnb/roomplace**<br>PO Box 182789<br>Columbus, OH 43218 |
| **Sams Club**<br>Attn: Bankruptcy Dept.<br>PO Box 105968<br>Atlanta, GA 30353 | |

Dated: January 25, 2018         R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Guadalupe and Maria E. Ramirez, Debtors

/s/  R. Scott Alsterda
*One of the Trustee's attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4820-9393-5704.1