# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
RAMIREZ, GUADALUPE                        §        Case No. 10-39329
RAMIREZ, MARIA E                          §
                                          §
_____Debtors_____             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 219,918.00                Assets Exempt: 41,051.80
*(Without deducting any secured claims)*

Total Distributions to Claimants:  13,394.49       Claims Discharged
                                                   Without Payment:  534,039.49

Total Expenses of Administration:  16,608.16

3) Total gross receipts of $ 30,002.65  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 30,002.65  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 387,831.00 | $ 12,719.11 | $ 12,719.11 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,180.16 | 17,180.16 | 16,608.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 547,450.00 | 74,777.98 | 74,777.98 | 13,394.49 |
| **TOTAL DISBURSEMENTS** | $ 935,281.00 | $ 104,677.25 | $ 104,677.25 | $ 30,002.65 |

4)  This case was originally filed under chapter 7 on  08/31/2010 .  The case was pending for 92 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/09/2018                              By:/s/R. SCOTT ALSTERDA
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 flat located at 3719 W Irving Park Rd. Chicago,I | 1110-000 | 30,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 2.65 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,002.65** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Financial Services PO BOX 60001 City of Industry, CA 91716 | | 16,193.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 135,422.00 | NA | NA | 0.00 |
| | Bayview Financial Loan 4425 ponce de leon blvd coral grables, FL 33146 | | 220,023.00 | NA | NA | 0.00 |
| 000006 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | 16,193.00 | 12,719.11 | 12,719.11 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 387,831.00** | **$ 12,719.11** | **$ 12,719.11** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 3,750.27 | 3,750.27 | 3,750.27 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 72.23 | 72.23 | 72.23 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 22.07 | 22.07 | 22.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 54.02 | 54.02 | 54.02 |
| ASSOCIATED BANK | 2600-000 | NA | 1,027.00 | 1,027.00 | 1,027.00 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 272.99 | 272.99 | 272.99 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,144.00 | 1,144.00 | 572.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 8,713.00 | 8,713.00 | 8,713.00 |
| NIXON PEABODY LLP | 3120-000 | NA | 722.08 | 722.08 | 722.08 |
| KUTCHINS, ROBBINS & DIAMOND LTD. | 3410-000 | NA | 1,402.50 | 1,402.50 | 1,402.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,180.16 | $ 17,180.16 | $ 16,608.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | DEPARTMENT OF TREASURY | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 30,995.00 | NA | NA | 0.00 |
| | American Express c/o Becket and Lee LLP Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American General Finan 4284 S Archer Ave Chicago, IL 60632 | | 0.00 | NA | NA | 0.00 |
| | American Honda Finance Attn: Bankruptcy 3625 West Royal Lane Suite 200 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Asset Management Out 6737 W Washington West Allis, WI 53214 | | 1,096.00 | NA | NA | 0.00 |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ballys 8700 West Bryn Mawr Chicago, IL 60631 | | 0.00 | NA | NA | 0.00 |
| | Bayview Financial Loan 2601 S Bayshore Dr 4th Fl Miami, FL 33133 | | 222,135.00 | NA | NA | 0.00 |
| | Bayview Financial Loan 2601 S Bayshore Dr 4th Fl Miami, FL 33133 | | 0.00 | NA | NA | 0.00 |
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 7,963.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 20,110.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 4,900.00 | NA | NA | 0.00 |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 15,726.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | First Usa Bank N A 3565 Piedmont Rd Ne Atlanta, GA 30305 | | 0.00 | NA | NA | 0.00 |
| | Hemlock Fede 5700 West 159th Street Oak Forest, IL 60452 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |
| | Lasale Nt Bk Attn: Bankruptcy 5501 S Kedzie Ave Chicago, IL 60621 | | 0.00 | NA | NA | 0.00 |
| | Lord&taylor | | 0.00 | NA | NA | 0.00 |
| | Metro. Bank 2201 W. Cermak Rd. Chicago, IL 60608 | | 130,468.00 | NA | NA | 0.00 |
| | Metro. Bank 2201 W. Cermak Rd. Chicago, IL 60608 | | 32,579.00 | NA | NA | 0.00 |
| | Nbgl-carsons | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Must call local office or 877-832-6747 | | 0.00 | NA | NA | 0.00 |
| | Prsm/cbsd Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Security Credit Servic 2653 West Oxford Loop Suite 108 Oxfods, MS 38655 | | 1,042.00 | NA | NA | 0.00 |
| | Security Credit Servic 2653 West Oxford Loop Suite 108 Oxfods, MS 38655 | | 513.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St Frm Bk 425 Phillip Blvd Ewing, NJ 08628 | | 0.00 | NA | NA | 0.00 |
| | St Frm Bk 425 Phillip Blvd Ewing, NJ 08628 | | 0.00 | NA | NA | 0.00 |
| | State Farm Bank Fsb 1 State Farm Place-D3 Bloomington, IL 61710 | | 0.00 | NA | NA | 0.00 |
| | State Farm Bank Fsb 1 State Farm Place-D3 Bloomington, IL 61710 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Torres Credit Srv 27 F Carlisle, PA 17013 | | 1,710.00 | NA | NA | 0.00 |
| | Torres Credit Srv 27 F Carlisle, PA 17013 | | 1,659.00 | NA | NA | 0.00 |
| | Toyota Motor Credit Must call 800-874-8822 for mailing addre | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Verizon Attn: Bankruptcy Po Box 3397 Bloomington, IL 61702 | | 1,260.00 | NA | NA | 0.00 |
| | Verizon Attn: Bankruptcy Po Box 3397 Bloomington, IL 61702 | | 500.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 0.00 | NA | NA | 0.00 |
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbandale, IA 50323 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/new York & Compa 220 W Schrock Rd Westerville, OH 43081 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/roomplace Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 30,995.00 | 30,995.75 | 30,995.75 | 5,552.07 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 7,963.00 | 7,963.13 | 7,963.13 | 1,426.38 |
| 000001 | DISCOVER BANK | 7100-000 | 15,726.00 | 15,726.73 | 15,726.73 | 2,817.03 |
| 000004 | SALLIE MAE | 7100-000 | 20,110.00 | 20,092.37 | 20,092.37 | 3,599.01 |
| 000005B | DEPARTMENT OF TREASURY | 7300-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 547,450.00 | $ 74,777.98 | $ 74,777.98 | $ 13,394.49 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-39329   JPC   Judge: JACQUELINE P. COX |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| For Period Ending: | 03/09/18 |

| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 08/31/10 (f) |
| 341(a) Meeting Date: | 10/28/10 |
| Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bar owned by GMR entertainment located at 6218 22n | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2 flat located at 3719 W Irving Park Rd. Chicago,I | 250,000.00 | 30,000.00 | | 30,000.00 | FA |
| 3. US BANK CHECKING ACCT. ACCT #: 1-545-2662-8214 END | 259.86 | 0.00 | | 0.00 | FA |
| 4. CITBANK CHECKING ACCT. ACCT #: 212760707 ENDING BA | 0.01 | 0.00 | | 0.00 | FA |
| 5. PARK NATIONAL BANK CHECKING ACCT. ACCT #: 55826628 | 278.69 | 0.00 | | 0.00 | FA |
| 6. BANK OF AMERICA CHECKING ACCT. ACCT #: 0044-0261-7 | 273.39 | 0.00 | | 0.00 | FA |
| 7. PEARSON RETIREMENT PLAN 401K ENDING BALANCE: 3,159 | 3,159.10 | 0.00 | | 0.00 | FA |
| 8. JP Morgan Chase 401K ENDING BALANCE: 2,173.75 | 2,173.75 | 0.00 | | 0.00 | FA |
| 9. 100% ownership of GMR Entertainment LLC. LLC's onl | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. 2008 Honda Accord Miles 28K Average Trade-In $16,3 | 16,300.00 | 0.00 | | 0.00 | FA |
| 11. 2001 Toyota Taundra Miles: 275,000 Average Trade-I | 8,525.00 | 0.00 | | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.65 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $480,969.80 | $30,000.00 | | $30,002.65 | $0.00 |

Ver: 20.00g

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 10-39329 | JPC | Judge: JACQUELINE P. COX | | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | | | | | Date Filed (f) or Converted (c): | 08/31/10 (f) |
| | RAMIREZ, MARIA E | | | | | 341(a) Meeting Date: | 10/28/10 |
| | | | | | | Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee had a court approved installment agreement with the Debtors to purchase the estate's interest in some real estate, however after several payments, the Debtors were unable to continue to make payments and their attorney's law license was suspended.  The Trustee has been seeking additional payments from the Debtors, The Trustee negotiated a court-approved compromise of the balance due and the Trustee received the check for the remaining compromised balance on the sale of the real estate.

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 11/30/17

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-39329 -JPC | |
| Case Name: | RAMIREZ, GUADALUPE | |
| | RAMIREZ, MARIA E | |
| Taxpayer ID No: | *******3685 | |
| For Period Ending: | 03/09/18 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9818  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 19,713.72 | | 19,713.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.15 | 19,701.57 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.55 | 19,689.02 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.14 | 19,676.88 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 19,664.34 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,635.11 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | 15.68 | 19,619.43 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.37 | 19,593.06 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.14 | 19,563.92 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.15 | 19,535.77 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.04 | 19,506.73 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.07 | 19,478.66 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.96 | 19,449.70 |

Page Subtotals    19,713.72    264.02

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-39329  -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818  Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 03/09/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.92 | 19,420.78 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.95 | 19,392.83 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.83 | 19,364.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.86 | 19,336.14 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.75 | 19,307.39 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.71 | 19,278.68 |
| 02/10/14 | 030002 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 15.63 | 19,263.05 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.88 | 19,237.17 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.60 | 19,208.57 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.64 | 19,180.93 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.52 | 19,152.41 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.55 | 19,124.86 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.43 | 19,096.43 |

| | | | Page Subtotals | | 0.00 | 353.27 | |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-39329  -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818  Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 03/09/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.39 | 19,068.04 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.44 | 19,040.60 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.31 | 19,012.29 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.35 | 18,984.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.22 | 18,956.72 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.18 | 18,928.54 |
| 02/20/15 | 030003 | Arthur B. Levine Company Attention Maria Sponza 60 East 42nd Street, Room 965 New York, New York 10165 | Bond #10BSBGR6291 | 2300-000 | | 10.61 | 18,917.93 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.42 | 18,892.51 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.10 | 18,864.41 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.14 | 18,837.27 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.01 | 18,809.26 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 18,782.20 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.92 | 18,754.28 |

|  | | | Page Subtotals | | 0.00 | 342.15 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 10-39329 -JPC |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| Taxpayer ID No: | *******3685 |
| For Period Ending: | 03/09/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9818  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 18,726.40 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.94 | 18,699.46 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.80 | 18,671.66 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.86 | 18,644.80 |
| 02/12/16 | 030004 | Arthur B. Levine Company Attention Maria Sponza 370 Lexington Avenue, Suite 1101 New York, New York 10017 | Bond Payment | 2300-000 | | 11.46 | 18,633.34 |
| 02/10/17 | 030005 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 6.77 | 18,626.57 |
| 11/02/17 | 2 | Gross and Lazzara IOLTA 7550 W. Belmont Avenue Chicago, IL 60634-3218 | Sale Proceeds [Dkt 63] | 1110-000 | 10,000.00 | | 28,626.57 |
| 11/28/17 | 030006 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 35-6893685 2017 IL-1041-V | 2820-000 | | 286.00 | 28,340.57 |
| 11/28/17 | 030007 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | 36-7708159 2017 IL-1041-V | 2820-000 | | 286.00 | 28,054.57 |

Page Subtotals                10,000.00            699.71

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2                                                                              Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                  Exhibit 9

| Case No: | 10-39329  -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RAMIREZ, GUADALUPE | | Bank Name: | ASSOCIATED BANK |
| | RAMIREZ, MARIA E | | Account Number / CD #: | *******9818  Checking Account |
| Taxpayer ID No: | *******3685 | | | |
| For Period Ending: | 03/09/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/18 | 030008 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 3,750.27 | 24,304.30 |
| 02/23/18 | 030009 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 72.23 | 24,232.07 |
| 02/23/18 | 030010 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,713.00 | 15,519.07 |
| 02/23/18 | 030011 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 722.08 | 14,796.99 |
| 02/23/18 | 030012 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,402.50 | 13,394.49 |
| 02/23/18 | 030013 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 17.91237% | 7100-000 | | 2,817.03 | 10,577.46 |

Page Subtotals                                    0.00        17,477.11

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2                                                                                        Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 10-39329  -JPC |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| Taxpayer ID No: | *******3685 |
| For Period Ending: | 03/09/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9818  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/23/18 | 030014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 17.91230% | 7100-000 | | 1,426.38 | 9,151.08 |
| 02/23/18 | 030015 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 17.91236% | 7100-000 | | 5,552.07 | 3,599.01 |
| 02/23/18 | 030016 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley ave.<br>Wilkes-Barre, PA 18706 | Claim 000004, Payment 17.91232% | 7100-000 | | 3,599.01 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,713.72 | 29,713.72 | 0.00 |
| Less:  Bank Transfers/CD's | 19,713.72 | 0.00 | |
| Subtotal | 10,000.00 | 29,713.72 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 29,713.72 | |

Page Subtotals                    0.00            10,577.46

Ver: 20.00g

FOR **FORM 2**

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-39329  -JPC |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| Taxpayer ID No: | *******3685 |
| For Period Ending: | 03/09/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9177  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/11 | 2 | Maria E. Ramirez 3719 W. Irving Park Rd. Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 4,000.00 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 4,000.01 |
| 03/28/11 | 2 | Maria E. Ramirez 3719 W. Irving Park Rd. Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 8,000.01 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 8,000.05 |
| 04/27/11 | 2 | Maria E. Ramirez 3719 W. Irving Park Road Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 12,000.05 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 12,000.11 |
| 05/27/11 | 2 | Maria E. Ramirez 3719 W. Irving Park Road Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 16,000.11 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 16,000.21 |
| 06/24/11 | 2 | Maria E. Ramirez 3719 W. Irving Park Road Chicago, IL 60618 | Real Estate Equity Interest | 1110-000 | 4,000.00 | | 20,000.21 |

Page Subtotals        20,000.21              0.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

FORM 2

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-39329  -JPC |
| Case Name: | RAMIREZ, GUADALUPE |
| | RAMIREZ, MARIA E |
| Taxpayer ID No: | *******3685 |
| For Period Ending: | 03/09/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9177  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 20,000.34 |
| | 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.51 |
| * | 08/02/11 | | Maria E. Ramirez 3719 W. Irving Park Rd. Chicago, IL 60618 | Real Estate Equity Interest | 1110-003 | 4,000.00 | | 24,000.51 |
| | 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 24,000.68 |
| | 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 24,000.84 |
| * | 10/06/11 | | Maria E. Ramirez 3719 W. Irving Park Rd. Chicago, IL 60618 | Real Estate Equity Interest Debtor stopped payment | 1110-003 | -4,000.00 | | 20,000.84 |
| | 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,001.01 |
| | 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.48 | 19,975.53 |
| | 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,975.69 |
| | 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.63 | 19,951.06 |
| | 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,951.22 |
| | 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.60 | 19,926.62 |

Page Subtotals                1.12            74.71

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Exhibit 9

| Case No: | 10-39329 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RAMIREZ, GUADALUPE | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | |
| For Period Ending: | 03/09/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,926.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.13 | 19,900.66 |
| 02/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,900.82 |
| 02/29/12 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 15.94 | 19,884.88 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.65 | 19,861.23 |
| 03/30/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,861.39 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.42 | 19,836.97 |
| 04/30/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 19,837.14 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.20 | 19,811.94 |
| 05/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,812.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.17 | 19,786.94 |
| 06/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,787.10 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.52 | 19,763.58 |
| 07/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,763.75 |

Page Subtotals      1.16      164.03

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Exhibit 9

| Case No: | 10-39329  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RAMIREZ, GUADALUPE | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | |
| For Period Ending: | 03/09/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.92 | 19,737.83 |
| 08/31/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 19,737.99 |
| 08/31/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 24.27 | 19,713.72 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 19,713.72 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 20,002.65 | 20,002.65 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,713.72 | |
| Subtotal | 20,002.65 | 288.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,002.65 | 288.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9818 | 10,000.00 | 29,713.72 | 0.00 |
| BofA - Money Market Account - *******9177 | 20,002.65 | 288.93 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 30,002.65 | 30,002.65 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.16          19,763.91

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

FORM 2                                                                                                          Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-39329  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RAMIREZ, GUADALUPE | Bank Name: | BANK OF AMERICA, N.A. |
| | RAMIREZ, MARIA E | Account Number / CD #: | *******9177  BofA - Money Market Account |
| Taxpayer ID No: | *******3685 | | |
| For Period Ending: | 03/09/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

     /s/    R. SCOTT ALSTERDA

Trustee's Signature: _____   Date: 03/09/18
     R. SCOTT ALSTERDA

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*